# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **WILLIAM O. BREEDLOVE, III,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **No.  3:26-cv-00831-LS** |
| | § | |
| **CORINE BREEDLOVE and ALEX A. BONNET,** | § | |
| | § | |
| | § | |
| *Defendant*s. | § | |

## ORDER FOR BRIEFING ON FEDERAL JURISDICTION

The Court reviews its jurisdiction *sua sponte*.[1] Plaintiff filed this case in federal court based on diversity jurisdiction alone but his complaint is devoid of any facts supporting the amount in controversy requirement. Therefore, by **April 6, 2026**, Plaintiff shall brief how and why this court has subject matter jurisdiction.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 26, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] See *Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999) ("[S]ubject-matter delineations must be policed by the courts on their own initiative even at the highest level." (citations omitted)); Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.").