IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| WILLIAM O. BREEDLOVE, III, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:26-cv-00831-LS |
| | § | |
| CORINE BREEDLOVE and | § | |
| ALEX A. BONNET, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE
ON DEFENDANTS CORINE BREEDLOVE AND ALEX A. BONNET**

Plaintiff William O. Breedlove, III ("Plaintiff") respectfully moves for an order authorizing substituted service on Defendants Corine Breedlove and Alex A. Bonnet under Federal Rule of Civil Procedure 4(e)(1) and Texas Rules of Civil Procedure 106(b) and 108. In support, Plaintiff shows as follows:

## I. BACKGROUND

1. The Clerk issued summons for Defendant Corine Breedlove at 2260 Laguna Drive, Las Cruces, New Mexico 88005 on March 25, 2026.

2. Plaintiff engaged a process server to personally serve Defendant Corine Breedlove at that address, which Plaintiff alleges is her residence and usual place of abode.

3. Despite multiple diligent attempts at different dates and times, the process server was unable to personally serve Defendant Corine Breedlove because the front patio is gated and locked and no person would come to the gate.

4. As reflected in the attached Affidavit of Non-Service (Exhibit A), the process server, Leslie McCoy, attempted service at 2260 Laguna Drive on:

{14630.1/REDW/220724416.1}

- May 1, 2026 at 4:42 p.m.

- May 5, 2026 at 5:46 p.m.

- May 6, 2026 at 12:27 p.m.

- May 7, 2026 at 7:43 a.m.

- May 7, 2026 at 5:16 p.m.

- May 10, 2026 at 2:25 p.m.

5. During these attempts, the process server observed indications of occupancy (including partially opened blinds), left written notices requesting contact, and spoke with neighbors. The notices were removed, but no one presented to accept service. Neighbors stated they did not know who lived at the home. (Ex. A.)

6. The Clerk also issued summons for Defendant Alex A. Bonnet at 7773 Enchanted Ridge Drive, El Paso, Texas 79911 on March 25, 2026.

7. Plaintiff engaged a process server to personally serve Defendant Bonnet at that address, which Plaintiff alleges is Defendant Bonnet's residence and usual place of abode.

8. Despite multiple attempts, the process server has been unable to effect personal service on Defendant Bonnet at his residence. The process server reports that she has left multiple service cards at the door and the cards have been removed, suggesting occupancy but nonresponse. (See Ex. B-Affidavit of Non-Service (Yvonne Natividad.)

9. The process server also successfully transmitted the summons and the complaint by email to Defendant Bonnet at alex.bonnet31@gmail.com on May 12, 2026 at 1:49 p.m., and the email was marked "Read" at 1:58 p.m. (See Proof of Service and Email Tracking, Ex. B.)

2

10. Plaintiff therefore requests an order authorizing substituted service reasonably calculated to provide each Defendant notice of this action.

## II. <u>LEGAL STANDARD</u>

11. Federal Rule of Civil Procedure 4(e)(1) permits service on an individual by following state law for service of process in the state where the district court is located or where service is made.

12. Under Texas Rule of Civil Procedure 106(a), service is ordinarily accomplished by (1) personal delivery or (2) registered or certified mail, return receipt requested. If service under Rule 106(a) is unsuccessful, the Court may authorize substituted service under Rule 106(b) upon a supported motion and affidavit.

13. Texas Rule of Civil Procedure 106(b) authorizes the Court to permit service by leaving the citation and petition with anyone over sixteen years of age at the location specified in the affidavit, or by any other manner that the affidavit or other evidence shows will be reasonably effective to give the defendant notice of the suit.

14. Texas Rule of Civil Procedure 108 provides that where a defendant is absent from Texas or is a nonresident, the notice may be served in another state in the same manner as provided in Rule 106.

15. Any method of substituted service authorized by the Court must be reasonably calculated, under all the circumstances, to apprise the defendant of the pendency of the action and afford an opportunity to respond.

3

{14630.1/REDW/220724416.1}

## III. REQUESTED METHODS ARE REASONABLY EFFECTIVE

16. Plaintiff has made the showing required for substituted service. For Defendant Corine Breedlove, the Affidavit of Non-Service establishes multiple diligent attempts at personal service at Defendant's residence, including attempts during business hours, evenings, and early morning. (Ex. A.)

17. For Defendant Alex A. Bonnet, Plaintiff has been unable to effect personal service at Defendant Bonnet's residence despite multiple attempts. (Ex. B.) Plaintiff also has strong evidence that Defendant Bonnet received actual notice by email because the process server's email transmission was delivered and marked "Read." (Ex. B.)

18. Given the locked gate and repeated nonresponse at Defendant Corine Breedlove's residence, further attempts at personal delivery are unlikely to succeed.

19. Likewise, given repeated nonresponse at Defendant Bonnet's residence, substituted service is appropriate to avoid undue delay.

20. The requested methods are reasonably calculated to provide notice. Posting a sealed copy of the summons and complaint at each Defendant's residence ensures physical notice at the address where the Defendant can probably be found. For Defendant Bonnet, email service to an address that has been used to receive and read the summons and complaint provides an additional, redundant notice mechanism likely to reach Defendant promptly.

21. Plaintiff therefore requests that the Court authorize substituted service on each Defendant by the methods set out below and in the proposed order.

4

## IV. PRAYER

For these reasons, Plaintiff respectfully requests that the Court grant this Motion and authorize substituted service as follows:

A. Defendant Corine Breedlove (2260 Laguna Drive, Las Cruces, New Mexico 88005):

1. Affixing a true copy of the summons and the operative complaint to the front gate or front door of the residence in a sealed envelope addressed to "Corine Breedlove"; and

2. On the same day (or the next business day), mailing true copies of the summons and the operative complaint to the same address by (a) certified mail, return receipt requested, and (b) first-class U.S. mail.

B. Defendant Alex A. Bonnet (7773 Enchanted Ridge Drive, El Paso, Texas 79911):

1. Affixing a true copy of the summons and the operative complaint to the front door or main entrance of the residence in a sealed envelope addressed to "Alex A. Bonnet"; and

2. On the same day (or the next business day), emailing PDF copies of the summons and the operative complaint to alex.bonnet31@gmail.com.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7, undersigned counsel certifies that Defendants have not been served and have not appeared in this action. Accordingly, there is no counsel of record with whom Plaintiff can confer regarding this non-dispositive motion.

5

Respectfully submitted,

**GORDON DAVIS JOHNSON**
**SHANE & SNIDER, P.C.**
4695 North Mesa St.
El Paso, Texas 79912
Tel: (915) 545-1133
Fax: (915) 545-4433
redwards@eplawyers.com

May 18, 2026

/S/ *Rob Edwards*
**ROB EDWARDS**
State Bar No. 24058290
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the date this motion is filed, a true and correct copy of this motion will be sent as a courtesy pending the Court's ruling on substituted service to:

• Corine Breedlove at 2260 Laguna Drive, Las Cruces, New Mexico 88005 (by U.S. mail), and

• Alex A. Bonnet at 7773 Enchanted Ridge Drive, El Paso, Texas 79911 (by U.S. mail), and to alex.bonnet31@gmail.com (by email).

/S/ *Rob Edwards*
**ROB EDWARDS**

6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

WILLIAM O. BREEDLOVE, III,        §
    Plaintiff,                    §
                                  §
Vs.                               §        Cause No. 3:26-cv-831
                                  §
                                  §
CORINE BREEDLOVE and              §
ALEX A. BONNET,                   §
    Defendants.                   §

## AFFIDAVIT OF NON-SERVICE

STATE OF TEXAS        §
                      §
COUNTY OF EL PASO     §

BEFORE ME, the undersigned authority, on this day personally appeared, **Leslie McCoy,** who being by me duly sworn, deposed as follows:

"My name is **Leslie McCoy,** I am over eighteen (18) years of age, and I have personal knowledge of each statement contained herein and they are all true and correct."

"I have been unable to personally serve Defendant Corine Breedlove with the **Summons in a Civil Action and Plaintiff's Original Complaint** despite multiple diligent attempts at service. Below are the times and dates delivery has been attempted to **Corine Breedlove.**"

"05-01-2026 at 4:42 pm: I attempted delivery at **2260 Laguna Drive, Las Cruces, New Mexico 88005.** I was unable to ring the doorbell or knock on the front door as there is a locked gate to the front patio. I could see the blinds partially opened. I knocked on the gate but nobody came out. There were no vehicles in the driveway."

"05-05-2026 at 5:46 pm: I was unable to ring the doorbell or knock on the front door as there is a locked gate to the front patio. I could see the blinds partially opened in the same position as May 1, 2026. I knocked on the gate but nobody came out. There were no vehicles in the driveway. I left a sticky note on the inside of the gate with my phone number asking her to call due to having a delivery."

"05-06-2026 at 12:27 pm: I was unable to ring the doorbell or knock on the front door as there is a locked gate to the front patio. I could see the blinds partially opened again in the same position. I knocked on the gate but nobody came out. There were no vehicles in the driveway. I spoke to a neighbor who did not know who lived there."

"05-07-2026 at 7:43 am: I was unable to ring the doorbell or knock on the front door as there is a locked gate to the front patio. I could see the blinds partially opened again in the same position. I knocked on the gate but nobody came out. There were no vehicles in the driveway."

"05-07-2026 at 5:16 pm: I was unable to ring the doorbell or knock on the front door as there is a locked gate to the front patio. I could see the blinds partially opened again in the same position. I knocked on the gate but nobody came out. There were no vehicles in the driveway. A

**EXHIBIT A**

trashcan had been put out near the sidewalk for the city to pick up. I taped a large note on her gate asking her to call due to having a delivery."

"05-10-2026 at 2:25 pm: I was unable to ring the doorbell or knock on the front door as there is a locked gate to the front patio. I could see the blinds partially opened again in the same position. The note had been removed from the gate. I knocked on the gate but nobody came out. There were no vehicles in the driveway. I spoke to a different neighbor who did not know who lived at the home."

Leslie McCoy, Process Server

**SWORN AND SUBSCRIBED TO BEFORE ME on this the** 11th **day of** May , 2026



Notary Public in and for the
State of New Mexico

**United States District Court**
**For the**
**Western District of Texas**

William O. Breedlove, III,
    Plaintiff,

Vs.
                                        Covil Action No. 3:26-cv-831-LS

Corine Breedlove and
Alex A. Bonnet,
    Defendants.

### AFFIDAVIT OF NON-SERVICE

STATE OF TEXAS        §
                                §
COUNTY OF EL PASO    §

BEFORE ME, the undersigned authority, on this day personally appeared, **Yvonne Natividad,** who being by me duly sworn, deposed as follows:

"My name is **Yvonne Natividad,** I am over eighteen (18) years of age, and I have personal knowledge of each statement contained herein and they are all true and correct."

"I have not been able to deliver, personally, a copy of the **Summons and Plaintiff's Original Complaint.** Below are the times and dates delivery has been attempted to **Alex A. Bonnet.**"

"05-04-2026 at 4:50 pm: I attempted delivery at **7773 Enchanted Ridge Drive, El Paso, Texas 79911.** There was no answer and no cars to report. I left my card on the door with a note asking Alex A. Bonnet to call me as I have legal documents to give him."

"05-05-2026 at 7:23 am: There was no answer and no cars to report. I left another card with a note on the door."

"05-11-2026 at 5:30 pm: There was no answer and no cars to report. My card was still on the door."

"05-12-2026 at 1:49 pm: I emailed the Summons and Complaint to Alex A. Bonnet at alex.bonnet@gmail.com . See attached. I have not received a "Read Receipt" back from Alex A. Bonnet."

Yvonne Natividad, Process Server
PSC #10608 EXP. 10-31-2027

SWORN AND SUBSCRIBED TO BEFORE ME on this the _15_ day of ___May___ , 2026

Notary Public in and for the State of Texas

ROBERTA MEDINA
My Notary ID # 12310395
Expires April 19, 2029

EXHIBIT B

## Video

| | |
|---|---|
| **From:** | Video |
| **Sent:** | Tuesday, May 12, 2026 1:49 PM |
| **To:** | alex.bonnet31@gmail.com |
| **Cc:** | Billing; Justiss Rasberry |
| **Subject:** | William O. Breedlove, III vs. Corine Breedlove, et al  326CV831 |
| **Attachments:** | Alex A. Bonnet Summons & Complaint.pdf; Corine Breedlove Summons & Complaint.pdf |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | alex.bonnet31@gmail.com | | |
| | Billing | Delivered: 5/12/2026 1:49 PM | Read: 5/12/2026 1:58 PM |
| | Justiss Rasberry | Delivered: 5/12/2026 1:49 PM | |

*Good afternoon Mr. Alex A. Bonnet and Mrs. Corine Breedlove,*
*I have been asked to deliver a Summons and Complaint to each of you by email.*


Thank You,
Yvonne Natividad
Rasberry & Associates
201 E. Main St., Suite 1616
El Paso, Texas 79901
915-533-1199

1