IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **WILLIAM O. BREEDLOVE, III,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Civil Action No. 3:26-cv-00831-LS** |
| | § | |
| **CORINE BREEDLOVE and** | § | |
| **ALEX A. BONNET,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

On this day, the Court considered Plaintiff's Motion for Substituted Service on Defendants Corine Breedlove and Alex A. Bonnet. Having considered the motion and the supporting evidence, the Court finds that substituted service is warranted.

IT IS ORDERED that Plaintiff is authorized to serve Defendant Corine Breedlove, at 2260 Laguna Drive, Las Cruces, New Mexico 88005, by the following methods:

1. Affixing a true copy of the summons and the operative complaint to the front gate or front door of the residence at 2260 Laguna Drive, Las Cruces, New Mexico 88005, in a sealed envelope addressed to "Corine Breedlove"; and

2. On the same day (or the next business day), mailing a true copy of the summons and the operative complaint to 2260 Laguna Drive, Las Cruces, New Mexico 88005, by (a) certified mail, return receipt requested, and (b) first-class U.S. mail.

IT IS FURTHER ORDERED that Plaintiff is authorized to serve Defendant Alex A. Bonnet, at 7773 Enchanted Ridge Drive, El Paso, Texas 79911, by the following methods:

{14630.1/REDW/220724418.1}

2

1. Affixing a true copy of the summons and the operative complaint to the front door or main entrance of the residence at 7773 Enchanted Ridge Drive, El Paso, Texas 79911, in a sealed envelope addressed to "Alex A. Bonnet"; and

2. On the same day (or the next business day), emailing PDF copies of the summons and the operative complaint to alex.bonnet31@gmail.com.

that Defendant.

SIGNED this ____ day of _____, 2026.


_____
UNITED STATES DISTRICT JUDGE

{14630.1/REDW/220724418.1}