# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **WILLIAM O. BREEDLOVE III,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  3:26-CV-00831-LS |
| | § | |
| **CORINE BREEDLOVE, ALEX A.** | § | |
| **BONNET,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING MOTION FOR SUBSTITUTED SERVICE

Plaintiff William Breedlove III moves to serve Defendants Corine Breedlove and Alex Bonnet by alternative means following diligent efforts to personally serve Defendants at their last known addresses.[1] The Texas Rules of Civil Procedure permit service "by leaving . . . the citation . . . with anyone older than sixteen" or "in any other manner, including electronically by social media, email, or other technology, that the statement or other evidence shows will be reasonably effective to give the defendant notice of the suit."[2] Therefore, the Court **GRANTS** Plaintiff's motion for substituted service [ECF No. 8]. Plaintiff shall serve Defendants by posting and emailing the summons in the manner described in his motion.[3]

   **SO ORDERED**.

   **SIGNED** and **ENTERED** on May 22, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* ECF No. 8 at 1–2.
[2] Tex. R. Civ. P. 106(b).
[3] ECF No. 8-1 at 1–2.