AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| WILLIAM O. BREEDLOVE, III | ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:26-cv-831-LS |
| CORINE BREEDLOVE and <br> ALEX A. BONNET | ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CORINE BREEDLOVE
2260 LAGUNA DRIVE
LAS CRUCES, NM 88005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ROB EDWARDS
GORDON DAVIS JOHNSON SHANE & SNIDER, P.C.
4695 NORTH MESA ST.
EL PASO, TX 79912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 03/25/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-831

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Corine Breedlove

was received by me on *(date)*  May 28, 2026.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* by posting on may 28, 2026 at 5:14 pm pursuant to order Granting
Motion for Substituted Service. See photo Attached

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  5/28/2026

Server's signature

Leslie McCoy, Process Server
Printed name and title

1545 Durazno St. Las Cruces, NM 88001
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-831

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Corine Breedlove

was received by me on *(date)*  5-12-26  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I delivered the Summons + Complaint with the Order by email to
alex.bonnet31@gmail.com on 5-28-26 at 2:14pm per the Judge's court
order. See Attached

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6-3-26

_____
Server's signature

Yvonne Natividad  Process Server   PSG#10608
                                    EXP. 10-31-27
Printed name and title

201 E. Main St. Ste 1616  El Paso, Texas 79901
Server's address

Additional information regarding attempted service, etc:



## Video

| | |
|---|---|
| **From:** | Video |
| **Sent:** | Thursday, May 28, 2026 2:14 PM |
| **To:** | alex.bonnet31@gmail.com |
| **Cc:** | Billing; Justiss Rasberry |
| **Subject:** | William O. Breedlove, III vs. Corine Breedlove, et al  326CV831 |
| **Attachments:** | Order, Summons, and Complaint Corine Breedlove.pdf; Order, Summons, and Complaint Alex A. Bonnet.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | alex.bonnet31@gmail.com | |
| | Billing | Delivered: 5/28/2026 2:14 PM |
| | Justiss Rasberry | Delivered: 5/28/2026 2:14 PM |

*Good afternoon Mr. Alex A. Bonnet and Mrs. Corine Breedlove,*
*I have been asked to deliver an Order, Summons and Complaint to each of you by email.*

Thank You,
Yvonne Natividad
Rasberry & Associates
201 E. Main St., Suite 1616
El Paso, Texas 79901
915-533-1199

1