# Exhibit 1 in support of Defendants' Answer & Third-Party Complaint:

Third-Party Defendants' Petition pending against Corine Breedlove in case no. D307-CV-2026-00447, Third Judicial District Court of Dona Ana County, New Mexico

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
2/10/2026 8:56 AM
BERNICE A. RAMOS
CLERK OF THE COURT
Melissa Wood

STATE OF NEW MEXICO
DOÑA ANA COUNTY
THIRD JUDICIAL DISTRICT

WILLIAM O. BREEDLOVE, IV,
ROBERT SHAWN BREEDLOVE, and
KIMBERLY ANN HOFFMAN,
In their capacities as Co-Trustees of the
Breedlove Trust A, UAD January 11, 1993,

        Petitioners,

v.

CORINE N. BREEDLOVE,
In her capacity as Trustee of the
Nance Trust, UAD July 7, 2003,

        Respondent.

D-307-CV-2026-00447

Arrieta, Manuel I.

## PETITION FOR PARTITION OF REAL PROPERTY

Petitioners William O. Breedlove, IV, Robert Shawn Breedlove, and Kimberly Ann Hoffman, by and through their counsel of record, ScottHulse, P.C. (Joshua Dwyer), file this Petition For Partition of Real Property (the "Petition") and, in support thereof, state as follows:

### PARTIES, JURISDICTION, VENUE, AND BACKGROUND

1.    Petitioners William Breedlove, IV, Robert Shawn Breedlove, and Kimberly Ann Breedlove ("Petitioners") are the Co-Trustees of the Breedlove Trust A, under agreement dated January 11, 1993 (the "Breedlove Trust"), a revocable trust.

2.    William O. Breedlove, III, and his first wife were the grantors of the Breedlove Trust.

3.    Respondent Corine N. Breedlove is not a grantor of the Breedlove Trust.

4.    Respondent Corine N. Breedlove is the Trustee of the Nance Trust, under agreement dated July 7, 2003 (the "Nance Trust").

4932-3623-0797

1

5.      Corine N. Breedlove, formerly known as Corine Nance, is the grantor of the Nance Trust.

6.      The assets of the Breedlove Trust include an interest in real property located in Doña Ana County, New Mexico, which is the subject of this proceeding.

7.      The real property subject to this proceeding is municipally known as 2260 Laguna Drive, Las Cruces, New Mexico, 88005 (the "Real Property"), which is more specifically described as:

> Lot 7 of LAGUNA VERDE ESTATES, located in the City of Las Cruces, Dona Ana, New Mexico, as the same is shown and designated on the plat thereof filed for record in the office of the County Clerk of Dona Ana, New Mexico, on June 2, 2003 and recorded in Book 20 at Pages 349-350, Plat Records.

8.      The vesting deed for the Real Property dated July 23, 2004, a copy of which is attached as Exhibit A, specifies that the Real Property is held by the trustees of the Nance Trust and the Trustees of the Breedlove Trust as tenants in common, each with an undivided 50% interest.

9.      The Court has subject matter jurisdiction because this is a proceeding related to real property.

10.     Venue is proper because the real property that is the subject of this proceeding is located in Doña Ana County, New Mexico.

11.     The Court will have personal jurisdiction over Respondent upon completion of service of process.

## PARTITION OF REAL PROPERTY BY SALE

12.     Petitioners incorporate by reference all other factual allegations in this Petition.

13.     Petitioners request that the Court enter an order authorizing the partition by sale of

4932-3623-0797                                    2

the Real Property.

14. NMSA 1978, Section 42-5-1 authorizes a person interested in real property to request partition of the real property, including real property held in tenancy in common. If physical partition "cannot be made without great prejudice to the owners," the request for partition may include a request that the real property be sold. *Id.*

15. The Petitioners hold legal title to an undivided 50% interest as a tenant in common with Respondent as Trustee of the Nance Trust.

16. The Real Property is a residential home within the city limits and cannot be partitioned in kind such that both parties receive a portion of the premises without the great prejudice to the parties.

17. Because partition in kind is inequitable or impractical, Petitioners request partition by sale. NMSA 1978, Section 42-5-7 (the Court "may order the premises to be sold at public or private sale").

18. To reduce expense and maximize the benefit of the parties, Petitioners request that the Court utilize the procedures of the Uniform Partition of Heirs Property Act (NMSA 1978, Section 42-5A-1 through Section 42-5A-13).

19. The Uniform Partition of Heirs Property Act "supplements Chapter 42, Article 5 NMSA 1978" (i.e., the partition statutes that existed prior to the adoption of the Uniform Partition of Heirs Property Act). NMSA 1978, Section 42-5A-3(C).

20. Although the Real Property does not appear to meet the definition of "heirs property" under NMSA 1978, Section 42-5A-2(E), the procedures in the Uniform Partition of Heirs Property Act are more efficient than the other partition statutes.

21. For example, the Uniform Partition of Heirs Property Act provides for the

4932-3623-0797

3

determination of fair market value at a court hearing after an appraisal is conducted by a disinterested real estate appraiser (NMSA 1978, Section 42-5A-6), the opportunity for a cotenant buyout after the Court has determined the value of the property (NMSA 1978, Section 42-5A-7), and sale on the open market (NMSA 1978, Section 42-5A-10).

22.    The other partition statutes require the appointment of three commissioners to inspect and appraise the property (NMSA 1978, Section 42-5-6) and public sale (NMSA 1978, Section 42-5-7(A)).

23.    Petitioners are entitled to recover their costs and attorney fees. NMSA 1978, Section 42-5-8.

24.    All conditions precedent have occurred.

### REQUEST FOR ORDER

25.    Petitioners respectfully request the Court, after notice and hearing, to: (i) appoint a disinterested appraiser licensed in New Mexico to conduct an appraisal of the Real Property and file the same with the Court; (ii) determine the value of the Real Property and the respective interests of the parties; (iii) authorize the sale of the Real Property on the open market; (iv) require partition by sale of the Real Property; (v) award Petitioners their costs and attorney's fees; and (vi) grant such other and further relief, whether at law or in equity, to which Petitioners may be entitled.

FOR THESE REASONS, Petitioners respectfully requests that the Court enter such orders as are necessary and proper, awarding Petitioners costs and attorney's fees, and for such other and further relief to which Petitioners may be entitled.

Respectfully submitted,

SCOTTHULSE PC
201 N. Church, Suite 201
Las Cruces, New Mexico 88001
Telephone: (575) 522-0765

4932-3623-0797                                              4

Facsimile: (578) 522-0006
jdwy@scotthulse.com
By: /s/ *Joshua Dwyer*
**JOSHUA M. DWYER**
State Bar No. 138077
Attorneys for Petitioners

EXHIBIT A

**Dona Ana Title Company**

**GF#425542 SM**

## WARRANTY DEED

The Floyd Group Inc., A New Mexico Corporation
, for consideration paid, grants to
Corine N. Breedlove and William O Breedlove III, Trustees of the Nance Trust dated July 7, 2003, an undivided 50% interest and William O Breedlove III and Corine N. Breedlove, Trustees of the Breedlove Trust A dated January 11, 1993 & as amended, an undivided 50% interest, as tenants in common
whose address is 2260 Laguna Drive, Las Cruces, NM 88005

the following described real estate in _____ **DONA ANA** _____ County, New Mexico:

Lot 7 of LAGUNA VERDE ESTATES, located in the City of Las Cruces, Dona Ana, New Mexico, as the same is shown and designated on the plat thereof filed for record in the office of the County Clerk of Dona Ana, New Mexico on June 2, 2003 and recorded in Book 20 at Pages 349-350, Plat Records.

Subject to patent reservations, restrictions, and easements of record and taxes for the year 2004 and subsequent years.

with warranty covenants.
WITNESS my hand and seal this __23rd__ day of __July__, __2004__.
The Floyd Group Inc., a New Mexico Corporation

Michael Floyd, President

### Representative Capacity:

State of New Mexico       )
                          )   SS.
County of Dona Ana        )

This instrument was acknowledged before me on the 23rd day of July, 2004, by Michael Floyd as President of The Floyd Group Inc. a New Mexico Corporation.

My commission expires: 03/12/06
(Seal)

Notary Public

### Individual Capacity:

State of New Mexico       )
                          )   SS.
County of                 )

This instrument was acknowledged before me on the ___ day of ___, ___, by ___

My commission expires:

(Seal)

Notary Public

State of New Mexico
County of Dona Ana, ss
RECEPTION NO. 23992
I hereby certify that this
instrument was filed for
recording and duly recorded on
JUL 2 3 2004
at 3:21 o'clock ___ M
Book 537 Page 1567
of the Records of said County,

1567