# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

WILLIAM O. BREEDLOVE III,

    Plaintiff,

    vs.                             case no.  3:26-cv-831-LS

CORINE BREEDLOVE and
ALEX A. BONNET,

    Defendants,

    vs.

WILLIAM O. BREEDLOVE IV,
ROBERT SHAWN BREEDLOVE and
KIMBERLY ANN HOFFMAN,

    Third-Party Defendants

## **DEMAND FOR JURY**

TO THE HONORABLE COURT:

Corine Breedlove and Alex Bonnet hereby demand trial by a jury of at least

six (6) persons, on all genuinely disputed issues of material fact

RESPECTFULLY SUBMITTED,

By: _____

Sidney P. Childress, Lawyer
1925 Aspen Dr. #600A
Santa Fe, NM 87505
(505) 433 - 9823
childresslaw@hotmail.com
Attorney for Defendants
Corine Breedlove and Alex Bonnet

## CERTIFICATE OF SERVICE

I caused this document to be served electronically through the Court's electronic filing system the same date it was filed. All counsel of record were served as set forth on the record of the Court's electronic filing system