# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

WILLIAM O. BREEDLOVE III,

        Plaintiff,

vs.                                case no. 3:26-cv-831-LS

CORINE BREEDLOVE and
ALEX A. BONNET,

        Defendants

vs.

WILLIAM O. BREEDLOVE IV,
ROBERT SHAWN BREEDLOVE and
KIMBERLY ANN HOFFMAN,

        Third-Party Defendants

## <u>DEFENDANTs' MOTION FOR TRANSFER OF VENUE</u>

TO THE HONORABLE COURT:

Defendants' Answer & Third-Party Complaint ("Defendants' Answer") have been filed this same date. Defendants hereby motion the Court to Order that venue of the disputes before the Court in this case, be transferred to New Mexico. New Mexico is the most appropriate venue

Transfer of venue is permitted by 28 USC § 1404 "[f]or the convenience of parties and witnesses, in the interest of justice." *In re Volkswagen of Am., Inc.,* 545 F.3d 304 (5th Cir. 2008). The facts the Court should consider in deciding whether to transfer venue of this case to New Mexico include but are not limited to:

1.     Plaintiff could have filed suit in New Mexico based on Plaintiff's claims of complete diversity between the parties

2.     There is litigation pending already in the State of New Mexico between the parties.  *See* Exhibits 1 and 2 to Defendants' Answer filed this same date. Discovery has commenced and all parties' rights to jury trial have been preserved in that case ("the New Mexico case" or "the partition case").  *See* the Certificate of Service and Request for Jury attached hereto

3.     The issues and discovery that will be litigated in the New Mexico case are almost identical to the issues and contentions that will be litigated in this instant federal court lawsuit.  *See* Exhibit 2 to Defendants' Answer filed herein this same date

4.     Texas' connection to the facts of the disputes between the parties is very limited:   **a)**  Alex Bonnet resides in El Paso and  **b)**  for a brief period of time before Third-Party Defendant Kimberly Ann Hoffman ("Kim") took him to Colorado where she has confined him since, Plaintiff William O. Breedlove III ("William") was at a rehab facility in El Paso ("Cimarron").  *See* paragraphs 38-39

of Defendants' Answer. *See* paragraphs 12, 16 and 28 of Doc. 1 Plaintiff's Complaint that opened this case on 3/25/26 ("Doc 1")

5. The primary facts alleged by Doc. 1, forming the basis of Plaintiff's alleged claims, occurred in New Mexico. Defendants' have their own vastly-disputed versions of the facts, but there can be little dispute that the bulk of the relevant acts, occurrences or omissions happened in New Mexico. *See* paragraphs 8-15 and 24 of Doc. 1. *See* paragraphs 6-8 and 16 of the partition case at Exhibit 1 to Defendants' Answer. *See* paragraphs 2, 6, 29-30 and 36-39 of Defendants' Answer. The bulk of important medical records and health-care witnesses are in New Mexico

6. New Mexico law adequately provides remedies for all parties' claims and contentions, is the best forum for this dispute, and there is currently no discernable statute of limitations problem for any party if they proceed diligently.[1] Rights and liabilities of parties with respect to an issue in tort are determined by the law of the state which has the most significant relationship to the occurrence and the parties. Restatement (2nd) of Conflict of Laws § 145(1). Here, that state is New Mexico

7. This federal court's diversity jurisdiction is highly questionable and turns on the question of whether Plaintiff is domiciled in Colorado or New Mexico. That question is essentially an ultimate fact that could only be decided after a trial on the

---

[1] New Mexico generally has lengthier statute-of-limitations periods than does Texas. See NMSA §§ 37-1-1 et seq

merits. Defendants claim Plaintiff is bona fide domiciled in Las Cruces, New Mexico with his spouse of 23 years Defendant Corine Breedlove. If that is the case there is not complete diversity and the Court lacks subject-matter jurisdiction. Defendants will show that Plaintiff's alleged residence in Colorado is a sham concocted by his children and their undue influence on Plaintiff. *See* paragraphs 2-3, 14, 29-31, 36 and 39-42 of Defendants' Answer

When the Court weighs all the public and private interest factors to be considered in deciding where the most appropriate venue is for this case, taken as a whole those factors weigh heavily in favor of New Mexico. It would be no abuse of the Court's discretion to dismiss this case by Ordering venue transferred to New Mexico

WHEREFORE, Defendants pray the Court will dismiss this case by Ordering venue transferred to New Mexico

RESPECTFULLY SUBMITTED,

By: _____

Sidney P. Childress, Lawyer
1925 Aspen Dr. #600A
Santa Fe, NM 87505
childresslaw@hotmail.com
(505) 433 - 9823
Attorney for Defendants

## CERTIFICATE OF SERVICE

I caused this document to be served electronically through the Court's electronic filing system the same date it was filed. All counsel of record were served as set forth on the record of the Court's electronic filing system

STATE OF NEW MEXICO
DONA ANA COUNTY
THIRD JUDICIAL DISTRICT COURT

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
5/12/2026 2:33 PM
BERNICE A. RAMOS
CLERK OF THE COURT
Kathleen Morin

WILLIAM O. BREEDLOVE IV,
ROBERT SHAWN BREEDLOVE and
KIMBERLY ANN HOFFMAN,

        Petitioners,

v.                          case no. D307-CV-2026-00447

CORINE BREEDLOVE,

        Respondent

## CERTIFICATE OF SERVICE

On May 12, 2026 I served a set of Rule 1-033 interrogatories and Rule 1-034 Requests for Production on each of the three (3) Petitioners. I caused this Certificate of Service to be served electronically through the Odyssey File and Serve System the same date it was filed. All counsel of record were served as set forth on the Notification of Service for Case

RESPECTFULLY SUBMITTED,

By:    /s/ Sid Childress

              _____

Sid Childress, Lawyer
1925 Aspen Dr. #600A
Santa Fe, NM 87505
(505) 433 - 9823
childresslaw@hotmail.com
Attorney for Respondent

STATE OF NEW MEXICO
DONA ANA COUNTY
THIRD JUDICIAL DISTRICT COURT

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
5/12/2026 2:33 PM
BERNICE A. RAMOS
CLERK OF THE COURT
Kathleen Morin

WILLIAM O. BREEDLOVE IV,
ROBERT SHAWN BREEDLOVE and
KIMBERLY ANN HOFFMAN,

      Petitioners,

v.                              case no.  D307-CV-2026-00447

CORINE BREEDLOVE,

      Respondent

## REQUEST FOR JURY

Respondent  hereby demands trial by six (6) person jury and tenders the jury

fee herewith

RESPECTFULLY  SUBMITTED,

By:    /s/ Sidney  Childress

        Sidney P. Childress, Lawyer
        1925 Aspen Dr. #600A
        Santa Fe, NM  87505
        (505) 433 - 9823
        childresslaw@hotmail.com
        Attorney for Respondent Corine Breedlove

## CERTIFICATE OF SERVICE

I caused this document to be served electronically through the Odyssey File and Serve

System the same date it was filed.  All counsel of record were served as set forth on the Notification

of Service for Case

/s/ Sidney  Childress