## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **WILLIAM O. BREEDLOVE III,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  3:26-CV-00831-LS |
| | § | |
| **CORINE BREEDLOVE, ALEX A.** | § | |
| **BONNET,** | § | |
| | § | |
| *Defendants.* | § | |

### ORDER FOR RULE 26(f) REPORT AND PROPOSED SCHEDULING ORDER

The defendant having appeared, a Rule 26(f)[1] report and proposed scheduling order[2] are now required, and the Court directs the parties to Appendix N of the Local Court Rules and to the form attached to this order.

In preparing these filings, the parties should contemplate a trial setting of **December 6, 2027**. The parties should anticipate a final pretrial conference in the week preceding trial. Also, the parties should ensure there are at least 180 days between the dispositive-motions deadline and the trial date. The parties should confer and file these joint pleadings by **July 15, 2026**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 15, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] Fed. R. Civ. P. 26(f).
[2] Fed. R. Civ. P. 16(b); Local Court Rule CV-16(c).

## **JOINT PROPOSED SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16 and the Local Court Rules for the United States District Court for the Western District of Texas, the Court issues the following scheduling order in this case.

1.      The parties shall complete alternative dispute resolution ("ADR") in compliance with W.D. Tex. Civ. R. 88 by _____. A motion objecting to ADR must be filed no later than sixty days before the ADR deadline.

2.      The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by _____, and each opposing party shall respond in writing by _____.

3.      The parties shall file all motions to amend or supplement pleadings or to join additional parties by _____.

4.      All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by _____. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by _____. All designations of rebuttal experts shall be filed within ____ days of receipt of the report of the opposing expert.

5.      All objections or motions under Rule 702 or Rule 703 of the Federal Rules of Evidence shall be filed with the court and served upon opposing parties no later than ____ days after the receipt of the written report of the expert's proposed testimony, or within ____ days of obtaining a copy of the expert's deposition, if a deposition is taken, whichever is later.

6.     The parties shall complete all discovery on or before _____. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances and no trial setting will be vacated because of information obtained in post-deadline discovery.

7.     All dispositive motions as defined in W.D. Tex. Civ. R. 7(c) shall be filed no later than _____.

8.     The parties should be ready for trial on or about _____ at 9:00 a.m. The parties should consult W.D. Tex. Civ. R. 16 regarding matters to be filed in advance of trial.