IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION


WILLIAM O. BREEDLOVE III,

     Plaintiff,

vs.                                                            case no.  3:26-cv-831-LS

CORINE BREEDLOVE and
ALEX A. BONNET,

     Defendants

    vs.

WILLIAM O. BREEDLOVE IV,
ROBERT SHAWN BREEDLOVE and
KIMBERLY ANN HOFFMAN,

     Third-Party Defendants


## NOTICE OF COMPLETION OF BRIEFING ON DOC. 14


TO THE HONORABLE COURT:

On 6/11/26 Defendants filed Doc. 14 their Motion to Transfer Venue ("the motion").  No response has been filed or served within the time required by Local Court Rule CV-7(d)(2). Defendants have not been asked for any extension of the time limit

Briefing is complete on the motion


RESPECTFULLY  SUBMITTED,

By: _____

Sidney P. Childress, Lawyer
1925  Aspen Dr.  #600A
Santa Fe,  NM  87505
childresslaw@hotmail.com
(505) 433 - 9823
Attorney for Defendants

## CERTIFICATE OF SERVICE

I caused this document to be served electronically through the Court's electronic filing system the same date it was filed.  All counsel of record were served as set forth on the record of the Court's electronic filing system