IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

WILLIAM O. BREEDLOVE III,

     Plaintiff,

vs.                                                             case no.  3:26-cv-831-LS

CORINE  BREEDLOVE  and
ALEX  A.  BONNET,

     Defendants

vs.

WILLIAM  O. BREEDLOVE IV,
ROBERT SHAWN BREEDLOVE and
KIMBERLY ANN HOFFMAN,

     Third-Party Defendants

**proposed ORDER ON DOC 14. DEFENDANTS' MOTION TO TRANSFER VENUE**

On 6/11/26 Defendants filed Doc. 14 their Motion to Transfer Venue ("the motion"), which requests the Court transfer venue of this case to New Mexico.  No response has been filed or served within the time required by Local Court Rule CV-7(d)(2).  The Court therefore GRANTS the motion as unopposed.   Accordingly, IT IS HEREBY ORDERED that venue of this case is transferred to New Mexico.  This is a final, appealable Order which closes this case

_____

LEON  SCHYDLOWER

United States District Judge

Form of Order prepared and submitted by:

Sidney P. Childress, Lawyer
1925 Aspen Dr. #600A
Santa Fe, NM 87505
childresslaw@hotmail.com
(505) 433 - 9823
Attorney for Defendants