**EXHIBIT B**

**DECLARATION OF COUNSEL**

{14630.1/REDW/220738642.1}

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| WILLIAM O. BREEDLOVE III, <br> Plaintiff, <br> <br> v. <br> <br> CORINE BREEDLOVE and <br> ALEX A. BONNET, <br> Defendants, <br> <br> v. <br> <br> WILLIAM O. BREEDLOVE IV, <br> ROBERT SHAWN BREEDLOVE and <br> KIMBERLY ANN HOFFMAN, <br> Third-Party Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Case No. 3:26-cv-00831-LS |

**DECLARATION OF ROB EDWARDS IN SUPPORT**
**OF PLAINTIFF'S MOTION FOR LEAVE**

I, Rob Edwards, declare under penalty of perjury as follows:

1. I am counsel of record for Plaintiff William O. Breedlove III in this action. I submit this declaration in support of Plaintiff's Motion for Leave to File Response to Defendants' Motion to Transfer Venue Out of Time and to Deem Response Filed Instanter.

2. Defendants filed their Motion for Transfer of Venue on June 11, 2026. Under Local Rule CV-7(d)(2), Plaintiff's response was due June 25, 2026.

3. Due to an inadvertent internal calendaring error, the June 25 response deadline was not properly docketed. The missed deadline was not intentional, was not strategic, and was not intended to delay these proceedings.

4. Upon discovery of the missed deadline, Plaintiff promptly prepared the accompanying motion for leave and tendered a substantive response to Defendants' Motion for Transfer of Venue.

5. To my knowledge, allowing the response will not require changing a trial date or other case-management deadline and will not prejudice Defendants beyond permitting Plaintiff's opposition to be considered on the merits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2026.

_____

Rob Edwards