# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| WILLIAM O. BREEDLOVE III,<br>        Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 3:26-cv-00831-LS |
| CORINE BREEDLOVE and<br>ALEX A. BONNET,<br>        Defendants, | §<br>§<br>§<br>§ | |
| v. | §<br>§<br>§ | |
| WILLIAM O. BREEDLOVE IV,<br>ROBERT SHAWN BREEDLOVE and<br>KIMBERLY ANN HOFFMAN,<br>        Third-Party Defendants. | §<br>§<br>§<br>§<br>§ | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE OUT OF TIME AND TO DEEM RESPONSE FILED INSTANTER

This matter having come before the Court on Plaintiff's Motion for Leave to file Response to Defendants' Motion to Transfer Venue out of Time and to Deem Response filed Instanter, and the Court being advised in the premises,

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to file Response to Defendants' Motion to Transfer Venue out of Time and to Deem Response filed Instanter is GRANTED.

SIGNED this _____.


_____
LEON SCHYDLOWER
United States District Judge

{14630.1/REDW/220738643.1}