IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

WILLIAM O. BREEDLOVE III,

     Plaintiff,

vs.                                                                                              case no.  3:26-cv-831-LS

CORINE  BREEDLOVE  and
ALEX A.  BONNET,

     Defendants

vs.

WILLIAM  O. BREEDLOVE IV,
ROBERT SHAWN BREEDLOVE and
KIMBERLY ANN HOFFMAN,

     Third-Party Defendants

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16 and the Local Court Rules for the United States District Court for the Western District of Texas, the Court issues the following scheduling order in this case.

1.    The parties shall complete alternative dispute resolution ("ADR") in compliance with W.D. Tex. Civ. R. 88 by  October 1, 2027.  A motion objecting to ADR must be filed no later than sixty days before the ADR deadline.

2.    The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by May 20, 2027, and each opposing party shall respond in writing by May 30, 2027.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by December 21, 2026.

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by February 6, 2027. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by March 6, 2027. All designations of rebuttal experts shall be filed within 20 days of receipt of the report of the opposing expert.

5. All objections or motions under Rule 702 or Rule 703 of the Federal Rules of Evidence shall be filed with the court and served upon opposing parties no later than 60 days after the receipt of the written report of the expert's proposed testimony, or within 60 days of obtaining a copy of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before May 6, 2027. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions as defined in W.D. Tex. Civ. R. 7(c) shall be filed no later than June 6, 2027.

8. The parties should be ready for trial on or about December 6, 2027 at 9:00 a.m. The parties should consult W.D. Tex. Civ. R. 16 regarding matters to be filed in advance of trial.

Prepared and submitted by:

/s/ Sidney Childress

---

Sidney P. Childress, Lawyer
1925 Aspen Dr. #600A
Santa Fe, NM 87505
childresslaw@hotmail.com
(505) 433 - 9823
Attorney for Defendants

GORDON DAVIS et al

approved by email on 7/14/26

---

Rob Edwards
4695 North Mesa St.
El Paso, Texas 79912
redwards@eplawyers.com
(915) 545-1133
Attorneys for Plaintiff