## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **WILLIAM O. BREEDLOVE III,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  3:26-CV-00831-LS |
| | § | |
| **CORINE BREEDLOVE, ALEX A. BONNET,** | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## ORDER SETTING MOTIONS HEARING

The Court finds that a motions hearing is required in this case. Parties should be prepared to address all pending motions and bring proposed orders should the Court decide to rule from the bench. The hearing will be **LIVE AND IN-PERSON** in Room 622, on the sixth floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas, on **July 28, 2026 at 2:00 p.m**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on July 20, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**