AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Texas

<table>
<tr><td>WILLIAM O. BREEDLOVE III<br><br><br><br>*Plaintiff(s)*<br><br>v.<br><br>CORINE BREEDLOVE et al<br><br><br><br>*Defendant(s)*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 3:26-cv-831-LS</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ROBERT SHAWN BREEDLOVE,  1709  Manana St.,  Austin, TX  78730

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sidney Childress, 1925 Aspen Dr. #600A, Santa Fe, NM 87505

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:      07/14/2026

_____
Signature of Clerk or Deputy Clerk

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 3:26-CV-00831-LS

Plaintiff:
**William O. Breedlove III**

vs.

Defendant:
**Corine Breedlove et al**

For:
Sid Childress
1925 Aspen Dr.
#600A
Santa Fe, NM 87505

Received by Barbara Crossley Stinnett on the 14th day of July, 2026 at 5:01 pm to be served on **Robert Shawn Breedlove, 1709 Manana Street, Austin, Travis County, TX 78730**.

I, Barbara Crossley Stinnett, do hereby affirm that on the **17th day of July, 2026** at **11:10 am, I:**

**INDIVIDUALLY/PERSONALLY** delivered a true and correct copy of the **Summons in a Civil Action, Answer and Third-Party Complaint with Exhibit 1, and Third-Party Defendants' Petition Pending Against Corine Breedlove in Case No. D307-CV-2026-004447, Third Judicial District Court of Dona Ana County, New Mexico** with the date of service endorsed thereon by me, to: **Robert Shawn Breedlove** at the address of: **1709 Manana Street, Austin, Travis County, TX 78730**.

I certify that I am over the age of 18, I am not a party to the suit, and I am a disinterested person with no interest in the outcome of the suit. The facts stated in this declaration are within my personal knowledge and are true and correct. I delivered the listed documents with the date of service endorsed thereon by me and informed the recipient of the contents therein, in compliance with state statutes.

My name is Barbara Crossley Stinnett. I am at least 18 years old. My address is 16 Tournament Way, #23, The Hills, TX 78738, United States of America. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County, State of Texas, on July 17, 2026 by Barbara Crossley Stinnett, declarant.

**Barbara Crossley Stinnett**
PSC-24711; Exp. 6/30/2028

**Austin Process LLC**
**1100 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: MST-2026006595
Ref: Breedlove III v. Breedlove, et al