AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| WILLIAM O. BREEDLOVE III <br><br> _Plaintiff(s)_ <br><br> v. <br><br> CORINE BREEDLOVE et al <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:26-cv-831-LS |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

WILLIAM O. BREEDLOVE IV, 14013 Fenwood CT, Estero, FL  33928

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sidney Childress, 1925 Aspen Dr. #600A, Santa Fe, NM 87505

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/14/2026

_Signature of Clerk or Deputy Clerk_

# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 3:26-CV-831-LS

Plaintiff: **WILLIAM O. BREEDLOVE III,**
vs.
Defendant: **CORINE BREEDLOVE; et al.,**



CPA2026010135

For:
Sidney Childress, Esquire
1925 Aspen Drive
#600A
Santa Fe, NM 87505

Received by ATTORNEYS SUBPOENA SERVICE, INC. on the 14th day of July, 2026 at 2:10 pm to be served on **WILLIAM O. BREEDLOVE, IV, 14013 FENWOOD COURT, ESTERO, Lee County, FL 33928**.

I, Gregory L. August, being duly sworn, depose and say that on the **15th day of July, 2026** at **5:25 pm, I:**

**INDIVIDUALLY served** the within named person with a true copy of this **Summons in a Civil Action, Answer and Third-Party Complaint** at their address of **14013 FENWOOD COURT, ESTERO, Lee County, FL 33928** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is NOT in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant IS married.

**Description** of Person Served: Age: 70±, Sex: M, Race/Skin Color: White, Height: 6'1", Weight: 175, Hair: White, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the Twentieth Judicial Circuit of Florida, in which the process was served. Signed in the State of **FLORIDA**. **"Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." F.S. 92.525.** Notary not required.

Subscribed and Sworn to, by means of PHYSICAL PRESENCE, before me on the ___ day of _____, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

CHERYL PARKER AVERILL
Commission # HH 382522
Expires August 3, 2027

**Gregory L. August**
CPS# 206060

**ATTORNEYS SUBPOENA SERVICE, INC.**
**2211 Widman Way**
**Suite 210**
**Fort Myers, FL 33901**
**(239) 337-3783**

Our Job Serial Number: CPA-2026010135

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e