AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

|  |  |
|---|---|
| WILLIAM O. BREEDLOVE III | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:26-cv-831-LS |
| CORINE BREEDLOVE et al | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Kimberly Hoffman, 1926 Acomita Place, Pueblo West, CO 81007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sidney Childress, 1925 Aspen Dr. #600A, Santa Fe, NM 87505

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/14/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-831-LS

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Kimberly Hoffman**

was received by me on *(date)* **7/14/2024** .

☐ I personally served the summons on the individual at *(place)* **1926 Acomita Place**
**Pueblo West, Co 81007** on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **William Breedlove (father)** , a person of suitable age and discretion who resides there,
on *(date)* **7/16/2026** , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ **0** .

I declare under penalty of perjury that this information is true.

Date: **7/20/2026**

_____
Server's signature

**LARRY HARTMAN JR- OWNER, NOBULL Process Service**
Printed name and title

**24257 E USHwy 50 Pueblo, Co 81006**